# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| RICHARD J. PAIGE, | Civil No. 09-0388 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

_____

Martin B. Ho, **STINGLEY & HO,** 701 Fourth Avenue, Suite 500, Minneapolis, MN 55415**,** for plaintiff.

Ellen Brinkman and R Ann Huntrods, **BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: July 17, 2009
at Minneapolis, Minnesota.

                                                                                             s/John R. Tunheim
                                                                               JOHN R. TUNHEIM
                                                          United States District Judge